**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**SAXON KNIGHT**

                **Plaintiff,**          20 cv 7114 (JGK)

                                                <u>ORDER</u>

    - against -

**DELOITTE & TOUCHE LLP,**

                **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

    The plaintiff has asked for an opportunity to file an amended complaint. That application is granted. The plaintiff can file an amended complaint by **December 4, 2020**. The defendant may move or answer and move to strike any class action allegations by **January 15, 2021**. The plaintiff's response, in the event of a motion, is due **February 5, 2021**. The defendant's reply is due **February 15, 2021**.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **December 1, 2020**           <u>  /s/ John G. Koeltl  </u>
                                                             **John G. Koeltl**
                                              **United States District Judge**