UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAXON KNIGHT, on behalf of herself
and all other similarly-situated
employees,

                Plaintiffs,

    - against -

DELOITTE & TOUCHE LLP,

                Defendant.

20-cv-7114 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated at the conference on July 28, 2021, the motion to strike is **denied**. The Clerk is directed to close Docket Numbers 16, 35, and 45.

    SO ORDERED.

Dated:    New York, New York
           July 28, 2021

                                   /s/ John G. Koeltl
                                   John G. Koeltl
                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/21